IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIXTO SALCIDO, | ) | No. C 04-4232 MMC (PR) |
| Plaintiff, | ) ) | **ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF EXPERT** |
| v. | ) ) | |
| DAVID ZAREK, M.D., et al., | ) | **(Docket Nos. 43 & 45)** |
| Defendants. | ) ) | |
| _____ | ) | |

Plaintiff Sixto Salcido, an inmate at Salinas Valley State Prison proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983, alleging he received inadequate medical care. After reviewing the complaint, the Court found plaintiff had stated cognizable claims against defendants. Defendants have filed a motion for summary judgment, and plaintiff has been granted an extension of time in which to file an opposition.

By order filed September 19, 2005, the Court denied plaintiff's motion for appointment of a neutral expert witness. Now before the Court is plaintiff's second motion for appointment of a neutral expert witness. The instant motion is DENIED, for the reasons set forth in the Court's order denying plaintiff's first motion. Plaintiff shall not file any further motions seeking appointment of an expert witness.

This order terminates Docket Nos. 43 and 45.

IT IS SO ORDERED.

DATED: October 19, 2005

_____
MAXINE M. CHESNEY
United States District Judge