IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIXTO SALCIDO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID ZAREK, M.D., et al.,<br><br>　　　　　Defendants.<br>_____ | No. C 04-4232 MMC (PR)<br><br>**ORDER DENYING APPOINTMENT OF COUNSEL**<br><br>**(Docket No. 61)** |

　　　　Plaintiff, an inmate at Salinas Valley State Prison proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983.  Summary judgment has been entered against plaintiff, and this case has been terminated.  Plaintiff has now filed a motion for appointment of counsel.  Because this matter has been terminated, the motion for appointment of counsel is DENIED.

　　　　This order terminates docket number 61.

　　　　IT IS SO ORDERED.

DATES: April 19, 2006

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge